# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN A. WILSON (AIS #150109),** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00552-CG-N |
| **GREGORY ADAMS, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 22nd day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE