## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN A. WILSON (AIS #150109),** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-00552-CG-N** |
| **GREGORY ADAMS, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 22nd day of February, 2011.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE